Case 2:23-cv-00509-CKD   Document 15   Filed 05/20/24   Page 1 of 2

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     PATRICK J. BOOTH,                          No.  2:23-cv-0509 CKD P

12              Plaintiff,

13         v.                                      ORDER

14     DAWN SANTOS,

15              Defendant.

16

17         Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. §

18   1983.  On August 24, 2023, plaintiff's amended complaint was screened under 28 U.S.C. §

19   1915A(a).  The amended complaint was dismissed for failure to state a claim and with leave to

20   amend.  Plaintiff was informed in that order:

21              [Th]e court cannot refer to a prior pleading in order to make
              plaintiff's second amended complaint complete. Local Rule 220
22            requires that any amended complaint be complete in itself without
              reference to any prior pleading.
23

24   ECF No. 11 at 3.

25         Plaintiff has filed a second amended complaint.  The second amended complaint consists

26   of the amended complaint, exhibits, and a memorandum providing additional facts, legal

27   argument, and disagreements with portions of the court's August 24, 2023, screening order.

28   /////

                                              1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  Plaintiff's second amended complaint is stricken for violation of the terms of the

3    court's August 24, 2023, screening order.

4        2.  Plaintiff is granted 30 days within which to file a second amended complaint that

5    complies with the court's August 24, 2023, screening order.[1]  If plaintiff files a second amended

6    complaint which is not in material compliance with the court's prior screening order, the court

7    will recommend that this action be dismissed under Rule 41(b) of the Federal Rules of Civil

8    Procedure for failure to follow court orders.

9    Dated:  May 20, 2024

10   _____
     CAROLYN K. DELANEY
11   UNITED STATES MAGISTRATE JUDGE

12

13

14   [1]
     boot0509.K
15

16

17

18

19

20

21

22

23

24

25

26   _____
     [1] Again, plaintiff is reminded that if he files a second amended complaint it must be complete
27   within itself. While including exhibits is not prohibited, they will not take the place of a
     description in the complaint of the events at issue (i.e., the who, what, where, and how details that
28   explain the basis of the legal claims).

2