UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. BOOTH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAWN SANTOS,<br><br>　　　　　Defendant. | No.  2:23-cv-00509-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 18) |

　　　　Plaintiff Patrick J. Booth is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 3, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to keep the court apprised of his current address as required.  (Doc. No. 18.)  The findings and recommendations were sent to the last known address of plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 1–2.)  As with the magistrate judge's September 13, 2024 order, the findings and recommendations served on plaintiff by mail were returned to the court marked as undeliverable.  Moreover, to date, plaintiff has not filed any objections and the time in which to do so has passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 3, 2024 (Doc. No. 18) are adopted in full;

2. This action is dismissed due to plaintiff's failure to keep the court apprised of his current address; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 18, 2025**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2